IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLERMON EUGENE ACKLIN, JR.**                                                                 **PLAINTIFF**

v.                                    Case No. 4:19-cv-00892-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Before the Court is the recommended disposition submitted by United States Magistrate Judge J. Thomas Ray. Plaintiff Clermon Eugene Acklin, Jr., has not filed any objections to the recommended disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Mr. Acklin's complaint and amended complaint are dismissed with prejudice (Dkt. Nos. 1, 3). Judgment will be entered accordingly.

It is so ordered this the 16th day of August, 2021.

_____
Kristine G. Baker
United States District Judge