# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CLERMON EUGENE ACKLIN, JR.**            **PLAINTIFF**

v.          **Case No. 4:19-cv-00892-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Clermon Eugene Acklin, Jr.'s complaint and amended complaint are dismissed with prejudice. The relief requested is denied.

It is so ordered this the 16th day of August, 2021.

_____
Kristine G. Baker
United States District Judge